| | | | |
|---|---|---|---|
| Com. v. Campbell [11] | 03/08/2016 | Denied | Pa.Super., 133 A.3d 72 |
| | 421 WAL (2015) | | |
| Com. v. Coleman . . . | 03/16/2016 | Denied | Pa.Super., 130 A.3d 38 |
| | 486 WAL (2015) | | |
| Com. v. Colon . . . . . . | 03/17/2016 | Denied | No. 2801 EDA 2008 |
| | 574 EAL (2015) | | |
| Com. v. Coniker [12] . . | 03/17/2016 | Denied | Pa.Super., 133 A.3d 82 |
| | 411 WAL (2015) | | |
| Com. v. Conrad [13] . . | 03/09/2016 | Denied | Pa.Super., 133 A.3d 63 |
| | 388 WAL (2015) | | |
| Com. v. Cooper [14] . . . | 03/08/2016 | Denied | Pa.Super., 131 A.3d 104 |
| | 576 EAL (2015) | | |
| Com. v. Coratto [15] . . | 03/22/2016 | Denied | Pa.Super., 134 A.3d 105 |
| | 456 WAL (2015) | | |
| Com. v. Corniel [16] . . | 03/09/2016 | Denied | Pa.Super., 131 A.3d 98 |
| | 715 MAL (2015) | | |
| Com. v. Dean . . . . . . | 03/16/2016 | Denied | Pa.Super., 120 A.3d 1054 |
| | 459 WAL (2015) | | |
| Com. v. DeBlase [17] . . | 03/16/2016 | Denied | Pa.Super., 134 A.3d 494 |
| | 481 WAL (2015) | | |

11. Justice EAKIN and WECHT did not participate in the consideration or decision of this matter.

12. Justice DONOHUE did not participate in the consideration or decision of this matter.

13. Justice EAKIN did not participate in the consideration or decision of this matter.

14. Justice EAKIN did not participate in the consideration or decision of this matter.

15. Justice WECHT did not participate in the consideration or decision of this matter.

16. Justice EAKIN did not participate in the consideration or decision of this matter.

17. Justice DONOHUE did not participate in the consideration or decision of this matter.